**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 99 EAL 2019

            Respondent          :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

          v.               :

                               :

JESSIE DAVIS,                :

                               :

            Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.